1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile: (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

6

                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                      SAN FRANCISCO DIVISION
9

10 JOSE BAUTISTA-PEREZ, OSCAR                 Case No. C 07-4192 TEH
   GUARDADO-GONZALEZ, DENIS
11 CABALLERO-ESPINOZA, JOSE                   NOTICE OF MOTION AND MOTION FOR
   ALVARADO-MENJIVAR, OSCAR RENE              PRELIMINARY INJUNCTION AND
12 RAMOS,  MARIA  SALAZAR,  JOSE              MEMORANDUM  OF  POINTS  AND
   BENJAMIN QUINTEROS, AND MARIA             AUTHORITIES IN SUPPORT OF MOTION
13 JOSEFA CRUZ, Individually and on behalf of FOR PRELIMINARY INJUNCTION
   all others similarly situated,
14
              Plaintiffs,
15
        vs.
16
17 ALBERTO R. GONZALES, Attorney General
   and MICHAEL CHERTOFF, Secretary of
18 Homeland Security,

              Defendants.
19
                                          /
20

21

22 **I. NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

23        Notice is hereby given that on October 1, 2007 at 10:00 a.m. or as soon thereafter as the

24 matter can be heard in the Courtroom of the Honorable Thelton E. Henderson, Senior United States

25 District Judge, located at 450 Golden Gate Avenue, San Francisco, California, Courtroom 12,

26 plaintiffs will move the Court for a preliminary injunction prohibiting defendants from enforcing

27

28                                          1

1 those parts of 8 C.F.R. §244.6 which require plaintiffs and other class members to remit a payment
2 to register for temporary protective status (TPS) that exceeds the $50.00 permitted under 8 U.S.C.
3 §1254a(c)(1)(B).

4     This motion will be based upon this motion, the following memorandum of points and
5 authorities, as well as all other pleadings on file herein, and on such further discussion and argument
6 as the Court may hear on the matter.

7 ## II. INTRODUCTION

8     This class action for declaratory and injunctive relief seeks review of defendants' policy of
9 charging a fee to register for TPS that exceeds the $50.00 permitted under 8 U.S.C.§1254a(c)(1)(B).
10 It seeks to invalidate those parts of 8 C.F.R. §244.6 which require plaintiffs and other class members
11 to remit a fee for TPS registration that exceeds the amount permitted under 8 U.S.C.
12 §1254a(c)(1)(B), and to enjoin defendants from charging plaintiffs and other class members more
13 than $50.00 to register for TPS.

14     The Secretary of Homeland Security has published notice that El Salvador's designation for
15 TPS has been extended for eighteen months, and that to apply for TPS re-registration a national of
16 El Salvador must remit a separate, additional $80.00 service fee for the collection of biometric
17 information. 72 FR 46649.

18     Plaintiffs Jose Alvarado-Menjivar, Oscar Rene Ramos, Maria Salazar, Jose Benjamin
19 Quinteros, and Maria Josefa Cruz, are nationals of El Salvador who were previously granted TPS.
20 See, Exhibit A. Unless plaintiffs remit the service fee imposed they will be prohibited from
21 applying for TPS re-registration, their TPS work permits will expire, and they will lose their
22 authorization to work legally in the United States. They will be subject to apprehension and detention
23 pending their removal from the United States.

24     Plaintiffs have filed a motion for a preliminary injunction to prohibit defendants, pending a
25 decision on their complaint, from enforcing those parts of 8 C.F.R. §244.6 that require plaintiffs and
26 other class members to remit payment for TPS registration that exceeds the $50.00 permitted under

27

28     2

8 U.S.C. §1254a(c)(1)(B).

## III. TEMPORARY PROTECTIVE STATUS

8 U.S.C. §1254a vests the Attorney General and the Secretary of Homeland Security with discretion to grant aliens TPS.

TPS is a temporary immigration status granted to eligible nationals of designated countries (or parts thereof). In 1990, as part of the Immigration Act of 1990, P.L. 101-649, Congress established a procedure by which the Attorney General may provide TPS to aliens in the United States who are temporarily unable to safely return to their home country because of ongoing armed conflict, an environmental disaster, or other extraordinary and temporary conditions. On March 1, 2003, pursuant to the Homeland Security Act of 2002, Public Law 107-296, the authority to designate a country (or part thereof) for TPS, and to extend and terminate TPS designations, was transferred from the Attorney General to the Secretary of Homeland Security. At the same time, responsibility for administering the TPS program was transferred from the former Immigration and Naturalization Service to U.S. Citizenship and Immigration Services, a component of the Department of Homeland Security. During the period for which a country has been designated for TPS, TPS beneficiaries may remain in the United States and may obtain work authorization.

Pursuant to 8 U.S.C. §1254a(c)(1)(B) the Attorney General may require a reasonable fee as a condition of registering for TPS, but that fee shall not exceed $50.00.

On March 9, 2001 the Attorney General designated El Salvador for TPS. 66 FR 14214. Notwithstanding the unambiguous provisions of 8 U.S.C. §1254a(c)(1)(B), defendants have required plaintiffs and other class members to remit fees in excess of $50.00 to register for TPS

3

1  during each of El Salvador's TPS registration periods. Defendants have imposed a separate,

2  additional service fee for the collection of biometric information.  8 C.F.R. §244.6. See, Exhibit

3  B.

4

5  The agency has imposed a service fee for the collection of biometric information, and

6  increased the service fee multiple times. It has never explained why, given the unambiguous

7  provisions of 8 U.S.C. §1254a(c)(1)(B), it is authorized to impose any service fee for the

8

9  collection of biometric information that the exceeds the $50.00 permitted under 8 U.S.C.

10 §1254a(c)(1)(B).

11 ### III. IRREPARABLE INJURY AND THE NEED FOR INJUNCTIVE RELIEF

12

13 In the Ninth Circuit the tests for determining the propriety of issuing a preliminary

14 injunction are whether the moving party has demonstrated either a combination of probable

15 success on the merits and the possibility of irreparable injury, or that serious questions are raised

16 and the balance of hardships tips sharply in the moving party's favor. *Martin v Int'l Olympic*

17 *Comm.*, 740 F.2d 670, 674-675 (9th Cir. 1984).

18

19 Applying these standards to plaintiffs' case it is clear that a preliminary injunction should

20 be issued.

21

22 Plaintiffs' probability of success on the merits of their complaint is substantial. The

23 provisions of 8 U.S.C. §1254a(c)(1)(B) are unambiguous. The statute prohibits defendants from

24 charging more than $50.00 for TPS registration. Imposing a separate, additional service fee of

25 $80.00 for the collection of biometric information conflicts with the plain language of the statute

26 and is unlawful.

27

28                                              4

Plaintiffs will suffer irreparable injury if defendants are not enjoined to comply with 8 U.S.C. §1254a(c)(1)(B). Plaintiffs will be confronted with the Hobson's choice of paying an exorbitant service fee they are not required by statute to pay, or refuse to pay and risk the exploitation inherent in illegal employment, as well as apprehension, detention, and removal from the United States because they will have lost their TPS.

Serious legal questions are certainly raised by plaintiffs' complaint. If plaintiffs prevail, defendants will be found to have charged a fee for TPS registration that exceeded the statutory limit since 1999. If a class is certified, defendants could be required to refund more than $100,000,000 to the class.

Finally, the balance of hardships tips sharply in plaintiffs' favor. As described above, plaintiffs will suffer substantial hardship in being required to remit an $80.00 service fee above that which they are required by law to remit for TPS registration. In contrast, defendants will suffer no hardship if enjoined. It is defendants' legal duty to adjudicate applications for TPS and accord TPS benefits to qualified applicants. Congress has established the fee a TPS registrant must remit to register for TPS. The fee is $50.00. Defendants suffer no hardship in discharging their legal duty for the fee mandated by Congress.

5

## IV. CONCLUSION

Based upon the foregoing it is respectfully submitted that the motion for a preliminary injunction should be granted. Pending a decision on the complaint, defendants should be enjoined from enforcing those parts of 8 C.F.R. §244.6 which require plaintiffs and other class members to remit a payment  for TPS registration, including the service fee imposed for the collection of biometric information, that exceeds the $50.00  permitted under 8 U.S.C. §1254a(c)(1)(B).

Dated: August 22, 2007

Respectfully submitted,

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiffs

# EXHIBIT A

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-106-78190 | | CASE TYPE   I821<br>APPLICATION FOR TEMPORARY PROTECTED STATUS |
|---|---|---|
| RECEIPT DATE<br>January 19, 2005 | PRIORITY DATE | APPLICANT   A072 115 378<br>RAMOS, OSCAR R. |
| NOTICE DATE<br>April 7, 2005 | PAGE<br>1 of 1 | |

| JONATHAN M. KAUFMAN<br>220 MONTGOMERY STREET SUITE 976<br>SAN FRANCISCO CA 94104 | Notice Type:  Approval Notice<br>Valid from 03/09/2005 to 09/09/2006 |
|---|---|

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation) and employment authorization in the United States.

If you requested employment authorization pursuant to your application for TPS, you will receive a separate notice containing the decision on that request. If the request for employment authorization is approved you will be issued an employment authorization document (EAD). That EAD will be valid until the expiration date shown on the EAD itself. An EAD may be granted only to the end of the time period that has been designated for your TPS or 12 months, whichever is shorter. The EAD will serve as evidence of your Temporary Protected Status.

If the program is extended, you must re-register with the Immigration and Naturalization Service (Service) within the time period designated for re-registration. In order to obtain these extensions of employment authorization you must apply to the Service at least thirty days prior to the expiration date on your employment authorization document. If approved, you may be granted extensions of that employment authorization up to the end of the time period that has been designated for your TPS.

Failure to re-register for a TPS extension may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1) will not be removed from the United States;
(2) will be granted work authorization, if requested, until the expiration of the time period designated for your Temporary Protected Status;
(3) will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;
(4) will not be considered to be permanently residing in the United States under the code of law;
(5) may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and
(6) **may not depart the United States without prior approval of the Attorney General of the United States.**

PLEASE NOTE:  As long as you remain eligible for Temporary Protected Status and you maintain your status by complying with the registration requirements, you will be allowed to remain and work in the United States, if so authorized, until the end of the period of the time designated for your Temporary Protected Status.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**U.S. CITIZENSHIP & IMMIGRATION SVC**
**CALIFORNIA SERVICE CENTER**
**P. O. BOX 30111**
**LAGUNA NIGUEL CA 92607-0111**
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I821 |
|---|---|---|
| WAC-01-266-59440 | | APPLICATION FOR TEMPORARY PROTECTED STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT A94 113 947 |
| August 24, 2001 | | SALAZAR, MARIA |
| NOTICE DATE | PAGE | |
| December 17, 2003 | 1 of 1 | |

JONATHAN M. KAUFMAN
KAUFMAN LAW OFFICE
RE: MARIA SALAZAR
220 MONTGOMERY ST STE 976
SAN FRANCISCO CA 94104

**Notice Type:** Approval Notice
Valid from 03/09/2001 to 09/09/2002

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation) and employment authorization in the United States.

If you requested employment authorization pursuant to your application for TPS, you will receive a separate notice containing the decision on that request. If the request for employment authorization is approved you will be issued an employment authorization document (EAD). That EAD will be valid until the expiration date shown on the EAD itself. An EAD may be granted only to the end of the time period that has been designated for your TPS or 12 months, whichever is shorter. The EAD will serve as evidence of your Temporary Protected Status.

If the program is extended, you must re-register with the Immigration and Naturalization Service (Service) within the time period designated for re-registration. In order to obtain these extensions of employment authorization you must apply to the Service at least thirty days prior to the expiration date on your employment authorization document. If approved, you may be granted extensions of that employment authorization up to the end of the time period that has been designated for your TPS.

Failure to re-register for a TPS extension may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1) will not be removed from the United States;
(2) will be granted work authorization, if requested, until the expiration of the time period designated for your Temporary Protected Status;
(3) will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;
(4) will not be considered to be permanently residing in the United States under the code of law;
(5) may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and
(6) **may not depart the United States without prior approval of the Attorney General of the United States.**

PLEASE NOTE: As long as you remain eligible for Temporary Protected Status and you maintain compliance with the registration requirements, you will be allowed to remain and work in the United States, if so authorized, until the end of the period of the time designated for your Temporary Protected Status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I821 |
|---|---|---|---|
| WAC-02-041-59185 | | APPLICATION FOR TEMPORARY PROTECTED STATUS | |
| RECEIPT DATE | PRIORITY DATE | APPLICANT A72 668 672 | |
| November 16, 2001 | | CRUZ, MARIA J. | |
| NOTICE DATE | PAGE | | |
| May 24, 2002 | 1 of 1 | | |

JONATHAN M. KAUFMAN
KAUFMAN LAW OFFICE
RE: MARIA JOSEFA CRUZ
220 MONTGOMERY ST STE 976
SAN FRANCISCO CA 94104

**Notice Type:** Approval Notice
Valid from 05/24/2002 to 09/09/2002

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation) and employment authorization in the United States.

If you requested employment authorization pursuant to your application for TPS, you will receive a separate notice containing the decision on that request. If the request for employment authorization is approved you will be issued an employment authorization document (EAD). That EAD will be valid until the expiration date shown on the EAD itself. An EAD may be granted only to the end of the time period that has been designated for your TPS or 12 months, whichever is shorter. The EAD will serve as evidence of your Temporary Protected Status.

If the program is extended, you must re-register with the Immigration and Naturalization Service (Service) within the time period designated for re-registration. In order to obtain extensions of employment authorization you must apply to the Service at least thirty days prior to the expiration date on your employment authorization document. If approved, you may be granted extensions of that employment authorization up to the end of the time period that has been designated for your TPS.

Failure to re-register for a TPS extension may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1) will not be removed from the United States;
(2) will be granted work authorization, if requested, until the expiration of the time period designated for your Temporary Protected Status;
(3) will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;
(4) will not be considered to be permanently residing in the United States under the code of law;
(5) may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and
(6) **may not depart the United States without prior approval of the Attorney General of the United States.**

PLEASE NOTE: As long as you remain eligible for Temporary Protected Status and you maintain your status by complying with the registration requirements, you will be allowed to remain and work in the United States, if so authorized, until the end of the period of the time designated for your Temporary Protected Status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (949) 831 8427**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I821 | |
| WAC-05-141-79526 | | APPLICATION FOR TEMPORARY PROTECTED STATUS | |
| **RECEIPT DATE** | **PRIORITY DATE** | **APPLICANT** A072 438 257 | |
| February 23, 2005 | | ALVARADO MENJIVAR, JOSE A. | |
| **NOTICE DATE** | **PAGE** | | |
| July 7, 2005 | 1 of 1 | | |

| | |
|---|---|
| JONATHAN M. KAUFMAN<br>220 MONTGOMERY STREET SUITE 976<br>SAN FRANCISCO CA 94104 | **Notice Type:** Approval Notice<br>Valid from 03/09/2005 to 09/09/2006 |

You have been granted Temporary Protected Status (TPS) under section 244 of the Immigration and Nationality Act. The benefits of TPS are temporary protection from removal (or deportation) and employment authorization in the United States.

If you requested employment authorization pursuant to your registration for TPS, you will receive a separate notice containing the decision on that request. If the request for employment authorization is approved you will be issued an employment authorization document (EAD). That EAD will be valid until the expiration date shown on the EAD itself. An EAD may be granted only to the end of the time period that has been designated for your TPS or 12 months, whichever is shorter. The EAD will serve as evidence of your Temporary Protected Status.

If the program is extended, you must re-register with the Immigration and Naturalization Service (Service) within the time period designated for re-registration. In order to obtain these extensions of employment authorization you must apply to the Service at least thirty days prior to the expiration date on your employment authorization document. If approved, you may be granted extensions of that employment authorization up to the end of the time period that has been designated for your TPS.

Failure to re-register for a TPS extension may result in the withdrawal of your TPS and may result in removal proceedings being initiated against you.

While you are under Temporary Protected Status, you:

(1) will not be removed from the United States;
(2) will be granted work authorization, if requested, until the expiration of the time period designated for your Temporary Protected Status;
(3) will be considered as being in, and maintaining, lawful status as a nonimmigrant for purposes of adjustment of status under section 245 of the Act and for change of status under section 248 of the Act;
(4) will not be considered to be permanently residing in the United States under the code of law;
(5) may be deemed ineligible for public assistance by a state or any political subdivision thereof which furnishes such assistance; and
(6) **may not depart the United States without prior approval of the Attorney General of the United States.**

PLEASE NOTE: As long as you remain eligible for Temporary Protected Status and you maintain your status by complying with the registration requirements, you will be allowed to remain and work in the United States, if so authorized, until the end of the period of the time designated for your Temporary Protected Status.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**





Home   Contact Us   Site Map   FAQ

Search 
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

**Case Status Search**

**Register**

**Login**

Receipt Number: eac0629970369

**Application Type: I821, APPLICATION FOR TEMPORARY PROTECTED STATUS**

**Current Status: Approval notice sent.**

On January 12, 2007, we mailed you a notice that we have approved this I821 APPLICATION FOR TEMPORARY PROTECTED STATUS. Please follow any instructions on the notice. If you move before you receive the notice, call customer service.

QUINTEROS

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer-Friendly Case Status



**08-17-2007 02:09 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

# EXHIBIT B

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| WAC-05-141-79526 | | I-821 - Application for Temporary Protected Status | |
| Received Date: January 30, 2005 | Priority Date: | Applicant: | A072438257 ALVARADO MENJIVAR, JOSE |
| Notice Date: February 23, 2005 | Page     1 OF 1 | ASC Code: | |

JONATHAN KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Notice Type:          Receipt Notice

Amount Received:          $70.00

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 10821
Laguna Niguel, CA 92607-0821
National Customer Service Center: 1-800-375-5283



7014569      0001899550

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE    I821 |
|---|---|---|
| WAC-03-037-52197 | | APPLICATION FOR TEMPORARY PROTECTED STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT    A72 438 257 |
|---|---|---|
| September 9, 2002 | | ALVARADO MENJIVAR, JOSE A. |

| NOTICE DATE | PAGE |
|---|---|
| November 15, 2002 | 1 of 1 |

JONATHAN M. KAUFMAN
KAUFMAN LAW OFFICE
RE: JOSE A ALVARADO MENJIVAR
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

**Notice Type:** Receipt Notice

Amount received: $ 100.00

The above application or petition has been received. It usually takes to days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this form).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
    IMMIGRATION & NATURALIZATION SERVICE
    CALIFORNIA SERVICE CENTER
    P. O. BOX 30111
    LAGUNA NIGUEL CA 92607-0111
    **Customer Service Telephone: (949) 831 8427**



# THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>EAC-06-293-79023 | | Case Type:<br><br>I-821 - Application for Temporary Protected Status | |
|---|---|---|---|
| Received Date:<br>July 16, 2006 | Priority Date: | Applicant:     A072438257<br>ALVARADO MENJIVAR, JOSE | |
| Notice Date:<br>July 24, 2006 | Page        1 OF 1 | ASC Code: | |

| | |
|---|---|
| MARCELA  CHAUVET<br>220 MONTGOMERY STREET SUITE 976<br>SAN FRANCISCO CA  94104 | Notice Type:        Receipt Notice<br><br>Amount Received:        $70.00 |

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

| |
|---|
| U. S. Citizenship and Immigration Services  -  Vermont Service Center<br>75 Lower Welden Street<br>Saint Albans, VT 05479<br>National Customer Service Center: 1-800-375-5283 |



7042443          0003587196

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: | | | Case Type: |
|---|---|---|---|
| EAC-06-286-70778 | | | I-821 - Application for Temporary Protected Status |

| Received Date: July 10, 2006 | Priority Date: | | Applicant:   A072115378   RAMOS, OSCAR |
|---|---|---|---|

| Notice Date: July 17, 2006 | Page       1 OF 1 | | ASC Code: |
|---|---|---|---|

JONATHAN KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $70.00 |

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
* a passport or national photo identification issued by your country,
* a driver's license,
* a military photo identification, or
* a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services  -  Vermont Service Center
75 Lower Welden Street
Saint Albans, VT 05479
National Customer Service Center: 1-800-375-5283



# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
|---|---|---|
| WAC-05-106-78190 | | I-821 - Application for Temporary Protected Status |

| Received Date: | Priority Date: | Applicant: | A072115378 |
|---|---|---|---|
| January 09, 2005 | | | RAMOS, OSCAR |

| Notice Date: | Page | 1 OF 1 | ASC Code: |
|---|---|---|---|
| January 19, 2005 | | | |

JONATHAN KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Notice Type:        Receipt Notice

Amount Received:        $70.00

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 10821
Laguna Niguel, CA 92607-0821
National Customer Service Center: 1-800-375-5283



7009542      0001761779

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
| --- | --- | --- | --- |
| EAC-06-286-70603 | | I-821 - Application for Temporary Protected Status | |

| Received Date: July 10, 2006 | Priority Date: | Applicant: | A094113947 SALAZAR, MARIA |
| --- | --- | --- | --- |
| Notice Date: July 17, 2006 | Page    1 OF 1 | ASC Code: | |

| JONATHAN KAUFMAN 220 MONTGOMERY STREET SUITE 976 SAN FRANCISCO CA 94104 | Notice Type:     Receipt Notice |
| --- | --- |
| | Amount Received:     $70.00 |

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
* a passport or national photo identification issued by your country,
* a driver's license,
* a military photo identification, or
* a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services  -  Vermont Service Center
75 Lower Welden Street
Saint Albans, VT 05479
National Customer Service Center: 1-800-375-5283



# THE UNITED STATES OF AMERICA

| Receipt Number:<br>WAC-05-113-73982 | | Case Type:<br>I-821 - Application for Temporary Protected Status | |
|---|---|---|---|
| Received Date:<br>January 14, 2005 | Priority Date: | Applicant:   A094113947<br>SALAZAR, MARIA | |
| Notice Date:<br>January 25, 2005 | Page        1 OF 1 | ASC Code: | |

JONATHAN KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Notice Type:          Receipt Notice

Amount Received:          $70.00

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
* a passport or national photo identification issued by your country,
* a driver's license,
* a military photo identification, or
* a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 10821
Laguna Niguel, CA 92607-0821
National Customer Service Center: 1-800-375-5283



7010427        0001784219

# THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>EAC-06-299-70369 | Case Type:<br><br>I-821 - Application for Temporary Protected Status |
|---|---|

| Received Date:<br>July 20, 2006 | Priority Date: | Applicant:    A072142132<br><br>                  QUINTEROS, JOSE |
|---|---|---|
| Notice Date:<br>July 28, 2006 | Page          1 OF 1 | ASC Code: |

| JONATHAN KAUFMAN<br>220 MONTGOMERY STREET SUITE 976<br>SAN FRANCISCO CA 94104 | Notice Type:          Receipt Notice<br><br>Amount Received:          $70.00 |
|---|---|

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services  -  Vermont Service Center
75 Lower Welden Street
Saint Albans, VT 05479
National Customer Service Center: 1-800-375-5283



# THE UNITED STATES OF AMERICA

| Receipt Number:<br>WAC-05-198-70505 | | Case Type:<br>I-821 - Application for Temporary Protected Status | |
|---|---|---|---|
| Received Date:<br>February 17, 2005 | Priority Date: | Applicant:  A072142132<br>QUINTEROS, JOSE | |
| Notice Date:<br>April 19, 2005 | Page     1 OF 1 | ASC Code: | |

| | | |
|---|---|---|
| JONATHAN KAUFMAN<br>220 MONTGOMERY STREET SUITE 976<br>SAN FRANCISCO CA 94104 | Notice Type:        Receipt Notice<br><br>Amount Received:        $70.00 | |

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
* a passport or national photo identification issued by your country,
* a driver's license,
* a military photo identification, or
* a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 10821
Laguna Niguel, CA 92607-0821
National Customer Service Center: 1-800-375-5283



7019070        0002131762        Form I-797C (Rev. 11/29/00) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| EAC-06-299-70364 | | I-821 - Application for Temporary Protected Status | |

| Received Date: July 20, 2006 | Priority Date: | Applicant:   A072658672 CRUZ, MARIA | |
|---|---|---|---|
| Notice Date: July 28, 2006 | Page        1 OF 1 | ASC Code: | |

| JONATHAN KAUFMAN 220 MONTGOMERY STREET SUITE 976 SAN FRANCISCO CA 94104 | Notice Type:          Receipt Notice |
|---|---|
| | Amount Received:         $70.00 |

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov
where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services  -  Vermont Service Center
75 Lower Welden Street
Saint Albans, VT 05479
National Customer Service Center: 1-800-375-5283



Department of Homeland Security
Case 3:07-cv-04192-TEH   Document10   Filed08/22/07   Page24 of 24
U.S. Citizenship and Immigration Services.

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| WAC-05-125-78965 | | I-821 - Application for Temporary Protected Status | |
| Received Date: January 20, 2005 | Priority Date: | Applicant: A072668672 CRUZ, MARIA | |
| Notice Date: February 04, 2005 | Page 1 OF 1 | ASC Code: | |

JONATHAN KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Notice Type: Receipt Notice

Amount Received: $70.00

The above application has been received and forwarded on for further processing. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 10821
Laguna Niguel, CA 92607-0821
National Customer Service Center: 1-800-375-5283



7011723    0001831133