JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, OSCAR GUARDADO-GONZALEZ, DENIS CABALLERO-ESPINOZA, JOSE ALVARADO-MENJIVAR, OSCAR RENE RAMOS, MARIA SALAZAR, JOSE BENJAMIN QUINTEROS, AND MARIA JOSEFA CRUZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTO R. GONZALES, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>Defendants. | Case No. C 07-4192 TEH<br><br>ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] |

Pending a decision on the complaint, defendants are enjoined from enforcing those parts of 8 C.F.R. §244.6 which require plaintiffs and other class members to remit a payment for TPS registration, including the service fee imposed for the collection of biometric information, that exceeds the $50.00 permitted under 8 U.S.C. §1254a(c)(1)(B).

1

IT IS SO ORDERED.

Dated:

THELTON E. HENDERSON
Senior United States District Judge