JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, OSCAR GUARDADO-GONZALEZ, DENIS CABALLERO-ESPINOZA, JOSE ALVARADO-MENJIVAR, OSCAR RENE RAMOS, MARIA SALAZAR, JOSE BENJAMIN QUINTEROS, AND MARIA JOSEFA CRUZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTO R. GONZALES, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>Defendants.<br>_____ / | Case No. C 07-4192 TEH<br><br>ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER |

After consideration of the moving papers filed in this action, the Court finds:

(1) That this is a proper case for issuance of an order to show cause; and

(2) That unless the Court issues a temporary restraining order plaintiffs and other class members will suffer irreparable injury before the matter can be heard on formal notice.

IT IS ORDERED THAT:

(1) Defendants ALBERTO R. GONZALES, Attorney General, and MICHAEL CHERTOFF,

1

Secretary of Homeland Security, are required to appear before this Court on _____ at _____ and show cause why a preliminary injunction should not be issued enjoining defendants and their delegates from enforcing those parts of 8 C.F.R. §244.6 which require plaintiffs and other class members to remit payment for temporary protective status registration that exceeds the $50.00 permitted under 8 U.S.C. §1254a(c)(1)(B).

(2) Copies of this Order To Show Cause And Temporary Restraining Order, plaintiffs' Complaint For Declaratory Judgment And Injunction, Plaintiffs' Memorandum Of Points And Authorities In Support Of Motion For Temporary Restraining Order, and plaintiff's Notice of Motion and Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, shall be served on defendants on or before _____.

IT IS SO ORDERED.

Dated:

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE