IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE BAUTISTA-PEREZ, et al.,

    Plaintiffs,

    v.

ALBERTO R. GONZALES, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,

    Defendants.

NO. C 07-4192 TEH

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

After consideration of the moving papers filed in support of Plaintiffs' motion for a temporary restraining order, the Court finds that Plaintiffs have not shown that they and other class members will suffer irreparable injury if this matter cannot be heard on formal notice as it is currently set for hearing on October 15, 2007. Accordingly, Plaintiffs' motion for a temporary restraining order is DENIED.

**IT IS SO ORDERED.**

Dated: September 6, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT