SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

LYLE D. JENTZER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

   P.O. Box 878, Ben Franklin Station
   Washington, D.C. 20044
   (202) 305-0192
   FAX: (202) 305-7249

J. MAX WEINTRAUB, VSBN 36188
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

   P.O. Box 878, Ben Franklin Station
   Washington, DC 20044
   (202) 305-7551
   FAX: (202) 305-7249

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, *et al.*, <br>                 Plaintiffs, <br>       v. <br><br> PETER D. KEISLER, <br> ACTING ATTORNEY GENERAL, <br>   *et al.*, <br><br>     Defendants. | No. C 07-4192 TEH <br><br> DECLARATION OF <br> J. MAX WEINTRAUB <br><br><br> Judge Thelton E. Henderson |

    I, J. Max Weintraub, hereby declare:

General Order 45 Declaration of J. Max Weintraub
C 07-4192 TEH

(1) That I was unable to access the ECF website at ecf.cand.uscourts.gov on September 24, 2007, and, therefore, was unable to file Defendant's Memorandum In Opposition To Plaintiffs' Motion For Preliminary Injunction on that date as would otherwise have been required.

(2) That I attempted to access the ECF website at least two times after 12:00 noon separated by at least one hour several times, San Francisco local time, without success, and I received an Urgent Notice email from CAND-ECF@NYED.USCOURTS.GOV at 4:25 p.m., notifying me that the website was offline and that General Order No. 45 was in effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2007, in Washington, D.C.

/s/J. Max Weintraub
_____
J. MAX WEINTRAUB
Trial Attorney

General Order 45 Declaration of J. Max Weintraub
C 07-4192 TEH                    2