SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

LYLE D. JENTZER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

   P.O. Box 878, Ben Franklin Station
   Washington, D.C. 20044
   (202) 305-0192
   FAX: (202) 305-7249

J. MAX WEINTRAUB, VSBN 36188
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

   P.O. Box 878, Ben Franklin Station
   Washington, DC 20044
   (202) 305-7551
   FAX: (202) 305-7249

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, *et al.*, | ) |
|                Plaintiffs, | ) No. C 07-4192 TEH |
|           v. | ) **STIPULATION TO EXTEND DATES** |
| PETER D. KEISLER, Attorney General, *et al.*, | ) **and [PROPOSED] ORDER** |
|                Defendants. | ) |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their

Stipulation to Extend Dates
C 07-4192 TEH

1 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

2    1. Plaintiffs filed this action on or about August 16, 2007, and Defendants answer is currently due on October 16, 2007.

   2. Pursuant to this Court's August 23, 2007, Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on November 19, 2007, and attend a case management conference on November 26, 2007.

   3. Plaintiffs have filed a motion for preliminary injunction, and the hearing on that motion is scheduled for October 15, 2007.

   4. Because the wife of Defendant's lead counsel is undergoing surgery on October 10, 2007, and he will have to take off from work to care for her, as well as other pressing deadlines in other cases he is assigned, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Answer or Other Responsive Pleading: | November 15, 2007 |
| Last day to file Joint ADR Certification: | November 26, 2007 |
| Last day to file/serve Joint Case Management Statement: | December 10, 2007 |
| Case Management Conference: | December 17, 2007, at 1:30 p.m. |
| Motion for Preliminary Injunction Hearing: | October ~~15~~ 22, 2007, at 10:00 a.m. |

Respectfully submitted,

SCOTT N. SCHOOLS,
United States Attorney

ILA C. DEISS
Assistant United States Attorney

   /s/ 10/5/07
JONATHAN M. KAUFMAN
Attorney For Plaintiffs

   /s/
J. MAX WEINTRAUB
Trial Attorney
For Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/09/07

THELTON E. HENDERSON
United States District Judge

Stipulation to Extend Dates
C 07-4192 TEH