IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PETER D. KEISLER, Acting Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>    Defendants. | NO. C 07-4192 TEH<br><br><u>ORDER RESETTING HEARING</u> |

    Hearing on Plaintiff's Motion for Preliminary Injunction is reset to 10:00 a.m. on October 15, 2007.

**IT IS SO ORDERED.**

Dated: October 10, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT