1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8
9    JOSE BAUTISTA-PEREZ, et al.,
10                    Plaintiffs,
11          v.                                        NO. C 07-4192 TEH
12   PETER D. KEISLER, Acting Attorney               ORDER SETTING
     General and MICHAEL CHERTOFF,                    DEADLINES FOR
13   Secretary of Homeland Security,                  DEFENDANTS TO FILE
                                                      ANSWER AND RESPONSE
14                    Defendants.                     TO MOTION TO CERTIFY
                                                      CLASS
15

16          On November 11, 2007, this Court granted Defendants' Ex Parte Motion requesting

17   that the Court allow the government to file its response to Plaintiffs' Motion to Certify the

18   Class would be due thirty days after the Court ruled on Defendants' Motion to Dismiss or, in

19   the Alternative, To Transfer.  On February 4, 2008, the Court denied the Defendants'

20   Motion.

21          The parties now note that 28 U.S.C. § 1292(d)(4)(B) imposes an automatic stay of 60

22   days after the court rules on a motion to transfer an action to the Court of Federal Claims.

23   Accordingly, there are to be no proceedings in this action until 60 days after the Court's

24   Order, or until April 4, 2008.

25          Defendants' Answer is due 10 court days after that date, *see* Fed. R. Civ. Pro.

26   12(a)(4)(A), 6(a)(2), on April 18, 2008.  Defendants' Response to Plaintiffs' Motion for

27   //

28

Class Certification is due 30 days after the stay expires, on May 5, 2008.

**IT IS SO ORDERED.**

Dated: 2/25/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT