IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PETER D. KEISLER, Acting Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>　　　　　Defendants. | NO. C 07-4192 TEH<br><br><u>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION TO CERTIFY CLASS</u> |

　　　As ordered by this Court, Defendants filed their Response to Plaintiffs' Motion for on May 5, 2008.

　　　Hearing on this matter is hereby set for Monday, June 30, 3008, at 10:00 a.m. Plaintiff's Reply brief is due on or before June 9, 2008.

**IT IS SO ORDERED.**

Dated: May 8, 2008

　　　　　　　　　　　　　　　　　　　　／s／ Thelton E. Henderson
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT