| | |
|---|---|
| JOSEPH P. RUSSONIELLO<br>United States Attorney<br>JOANN M. SWANSON<br>Assistant United States Attorney<br>Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909<br>Assistant United States Attorney<br>  450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102<br>  Telephone: (415) 436-7124<br>  FAX: (415) 436-7169 | JEANNE E. DAVIDSON<br>Director<br>BRIAN A. MIZOGUCHI<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>(202) 305-3319; FAX: (202) 514-8624 |

LYLE D. JENTZER
Senior Litigation Counsel
J. MAX WEINTRAUB
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
  P.O. Box 868, Ben Franklin Station
  Washington, DC 20044
  (202) 305-7551
  FAX: (202) 305-7000

Attorneys for Defendant

| | |
|---|---|
| JONATHAN M. KAUFMAN<br>The Law Offices of Jonathan M. Kaufman<br>220 Montgomery Street, Suite 976<br>San Francisco, CA  94104<br>(415) 956-4765; FAX: (415) 956-1664 | LINDA M. DARDARIAN<br>HEATHER MILLS<br>GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA  94612<br>(510) 763-9800; FAX: (510) 835-1418 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>　*et al.*,<br><br>　　　　　Defendants. | No. C 07-4192<br><br>Joint Stipulation Enlarging Discovery and<br>~~[Proposed]~~ **ORDER**<br><br>Conference:   August 18, 2008 |

Plaintiffs and defendant, for the purpose of avoiding potentially unnecessary motions practice,

Joint Stipulation And Proposed Order Enlarging Discovery C 07-419 2

1  hereby stipulate to an enlargement to August 25, 2008, of the time within which defendant may
2  have been required to respond to discovery served by plaintiffs.  From July 11, 2008, through July
3  23, 2008, plaintiffs served upon defendant three sets of requests for production, a set of
4  interrogatories, and a set of requests for admission.  Defendant contends that it has no obligation at
5  this time to respond to plaintiffs' discovery requests because their service is not in accordance
6  with either the existing Joint Case Management Statement or the Court's Rules (which require the
7  parties to develop a proposed discovery plan (Fed. R. Civ. P. 26(f)) following which the Court
8  must issue a scheduling order Fed. R. Civ. P. 16(b)(1).  Although the parties have begun
9  conferring, there is no proposed discovery plan or case scheduling order in place at this time.

10     Plaintiffs have agreed that any obligation that defendant may have to respond to the discovery
11  requests that have been served is enlarged to August 25, 2008.  This enlargement is intended to
12  permit the parties to obtain the benefit of the Court's consideration of the future course of
13  proceedings in this matter at the conference scheduled on August 18, 2008, and to continue
14  conferring with a view toward reaching an agreed-upon plan and schedule for future proceedings
15  in this case.  Defendant reserves the right to seek additional time, if necessary, to respond or seek
16  relief from plaintiffs five sets of discovery requests.  The parties intend to file with the Court, in
17  advance of the August 18 conference, a new joint case management statement.

Date: August 11, 2008                           Respectfully submitted,

                                                /s/ Jeanne E. Davidson
JOSEPH P. RUSSONIELLO                           JEANNE E. DAVIDSON
United States Attorney                          Director
ILA C. DEISS
Assistant United States Attorney                /s/Brian A. Mizoguchi
                                                BRIAN A. MIZOGUCHI
LYLE D. JENTZER                                 Senior Trial Counsel
Senior Litigation Counsel                       Commercial Litigation Branch
J. MAX WEINTRAUB                                Civil Division
Trial Attorney                                  United States Department of Justice
Office of Immigration Litigation                 Attn.: Classification Unit 8th Flr.
Civil Division                                  1100 L Street, N.W.
United States Department of Justice             Washington, D.C.  20530

                        Attorneys for Defendants

Joint Stipulation And Proposed Order Enlarging Discovery C 07-419   2

| | |
|---|---|
| /s/ Jonathan M. Kaufman<br>JONATHAN M. KAUFMAN<br>The Law Offices of Jonathan M. Kaufman<br>220 Montgomery Street, Suite 976<br>San Francisco, CA  94104 | /s/ Linda M. Dardarian<br>LINDA M. DARDARIAN<br>HEATHER MILLS<br>GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA  94612 |

Attorneys for Plaintiffs

Date: August 11, 2008

**ORDER**

Having considered the parties' Joint Stipulation Enlarging Discovery, it is ORDERED that any obligation that defendant may have had to respond to discovery served by plaintiffs to date is enlarged to August 25, 2008.

Date:   08/13/08



THELTON E. HENDERSON
United States District Judge

Joint Stipulation And Proposed Order Enlarging Discovery C 07-4192      3