| | |
|---|---|
| JONATHAN M. KAUFMAN, #104576<br>jonathan-kaufman@sbcglobal.net<br>The Law Offices of Jonathan M. Kaufman<br>220 Montgomery Street, Suite 976<br>San Francisco, CA 94104<br>(415) 956-4765; (415) 956-1664 (Fax)<br><br>LINDA M. DARDARIAN, #131001<br>ldardarian@gdblegal.com<br>HEATHER MILLS, #215293<br>hmills@gdblegal.com<br>RACHEL E. BRILL, # 233294<br>rbrill@gdblegal.com<br>GOLDSTEIN, DEMCHAK, BALLER,<br>    BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>(510) 763-9800; (510) 835-1417 (Fax)<br><br>ATTORNEYS FOR PLAINTIFFS | JOSEPH P. RUSONIELLO, #44332<br>United States Attorney<br>JOANN M. SWANSON, #88143<br>Assistant United States Attorney<br>Chief Civil Division<br>ILA C. DEISS, NY #3052909<br>Assistant United States Attorney<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102<br>(415) 436-7124; (415) 436-7169 (Fax)<br><br>LYLE D. JENTZER, NY #1612662<br>Senior Litigation Counsel<br>J. MAX WEINTRAUB, VA #36188<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20004<br>(202) 305-7551; (202) 305-7000 (Fax)<br><br>JEANNE E. DAVIDSON, DC #342329<br>Director<br>BRIAN A. MIZOGUCHI, DC #409408<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>(202) 305-3319; (202) 514-8624 (Fax)<br><br>ATTORNEYS FOR DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, OSCAR GUARDADO-GONZALEZ, DENIS CABALLERO-ESPINOZA, JOSE ALVARADO-MENJIVAR, OSCAR RENE RAMOS, MARIA SALAZAR, JOSE BENJAMIN QUINTEROS, AND MARIA JOSEFA CRUZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL B. MUKASEY, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>    Defendants. | Case No.: C 07-4192 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND MOTION SCHEDULE** |

27349-4

1        WHEREAS on August 21, 2008, the Court issued an Order directing the parties to meet and
2   confer and submit to the Court a stipulation and proposed Order setting out a schedule for discovery on
3   class certification issues, Plaintiffs' motion for class certification, merits discovery, and further merit
4   proceedings within 14 days of the date of the Order;

5        WHEREAS on August 26 and 29, 2008, the parties met and conferred pursuant to the Court's
6   August 21, 2008 Order;

7        WHEREAS the parties have jointly agreed upon the following schedule, as a result of their
8   meet and confer process:

9        1.   By no later than August 29, 2008, Plaintiffs will provide Defendants with copies of the
10  documents set forth in the meet and confer letter from Linda M. Dardarian to Brian Mizoguchi, dated
11  August 6, 2008 (hereinafter "August 6 letter") they seek Defendants to authenticate.  Defendants will
12  use best efforts to authenticate such documents so provided by no later than September 12, 2008.

13       2.   Defendants will use best efforts to provide Plaintiffs with reliable estimates of the
14  following, by no later than September 12, 2008:

15       a.   The number of Honduran nationals who have applied to register or re-register
16  for TPS Honduras since August 16, 2001;

17       b.   The number of Nicaraguan nationals who have applied to register or re-register
18  for TPS Nicaragua since August 16, 2001;

19       c.   The number of El Salvardoran nationals who have applied to register or re-
20  register for TPS El Salvador since August 16, 2001.

21       3.   By September 12, 2008, Defendants will provide Plaintiffs with a copy of the 2001,
22  2002, 2003, 2004 and 2006 annual reports submitted by the Attorney General of the United States, the
23  Secretary of Homeland Security for the United States and/or the United States Department of
24  Homeland Security to the Committees on the Judiciary of the House of Representatives and of the
25  Senate.  If Defendants have possession of the 2005 and 2007 annual reports on or before September
26  12, 2008, they will produce those reports to Plaintiffs by that date as well.

27       4.   The parties will make best efforts to finalize and submit to the Court a Stipulated
28  Protective Order by September 12, 2008.

5. Defendants will use best efforts to provide Plaintiffs with the information and documents responsive to the remaining class certification discovery items set forth in the August 6, 2008 letter by no later than October 17, 2008.  These items include but are not limited to responses to Plaintiffs' First Set of Requests for Admissions, Nos. 1, 20-35.

6. Depending on the nature of Defendants' responses to Plaintiffs' class certification discovery requests, Plaintiffs may seek to take depositions pursuant to Federal Rule 30(b)(6) of persons most knowledgeable about the commonality of Defendants' policies, practices and procedures regarding the TPS application, registration, and re-registration process, the collection of biometric information, and the estimated numbers of persons from Nicaragua, Honduras and El Salvador who have applied to register or re-register for TPS from August 16, 2001 to the present.

7. Defendant expects to serve upon plaintiffs discovery requests relating to their anticipated class certification motion by September 12, 2008, and may seek to take depositions of the plaintiffs/putative class representatives.

8. At such time as may be appropriate, Defendant may file a motion to dismiss for lack of jurisdiction.

9. Plaintiffs will file their motion for class certification in the Fall of 2008, and schedule it for hearing by no later than December 29, 2008.

10. After the Court rules on Plaintiffs' Motion for Class Certification, the parties will engage in merits discovery.  The parties expect to identify their specific discovery requests after they have had an opportunity to review the Court's ruling.

11. The parties estimate that merits discovery will be completed by October 2009.

12. Plaintiffs anticipate that after conclusion of merits discovery, they will file a motion for summary judgment on Defendants' liability to the class for charging fees in excess of the amount allowed by 8 U.S.C. § 1254a(c)(1)(B).  Defendants anticipate filing a cross motion for summary judgment on Defendants' liability.

13. The parties anticipate that if the case is not resolved through dispositive motions, the case will be ready for trial on the merits in early 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

| | | |
|---|---|---|
| 1 | Dated: September 4, 2008 | JONATHAN M. KAUFMAN<br>THE LAW OFFICES OF JONATHAN M. KAUFMAN |
| 2 | | |
| 3 | | LINDA M. DARDARIAN<br>HEATHER MILLS<br>GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |

By:  /S/ Linda M. Dardarian
     Linda M. Dardarian
     Attorneys For Plaintiffs

Dated: September 4, 2008    JOSEPH P. RUSONIELLO
                            UNITED STATES ATTORNEY

                            JOANN M. SWANSON
                            ASSISTANT UNITED STATES ATTORNEY
                            CHIEF, CIVIL DIVISION

                            ILA C. DEISS
                            ASSISTANT UNITED STATES ATTORNEY

                            LYLE D. JENTZER
                            SENIOR LITIGATION COUNSEL

                            J. MAX WEINTRAUB
                            TRIAL ATTORNEY
                            OFFICE OF IMMIGRATION LITIGATION
                            U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION

                            JEANNE E. DAVIDSON
                            DIRECTOR

                            /s/Brian A. Mizoguchi
                            BRIAN A. MIZOGUCHI
                            SENIOR TRIAL COUNSEL
                            COMMERCIAL LITIGATION BRANCH
                            CIVIL DIVISION
                            DEPARTMENT OF JUSTICE

                            Attorneys For Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  09/08/08                          _____
                                          Hon. Thelton E. Henderson
                                          United States District Judge

*Judge Thelton E. Henderson — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (seal)*

27349-4

**SIGNATURE ATTESTATION**

I, Linda M. Dardarian, hereby attest that I have on file all holographic signatures of any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated:  September 4, 2008        By:    /S/ Linda M. Dardarian
                                        Linda M. Dardarian
                                        Attorney For Plaintiffs