JONATHAN M. KAUFMAN, CA Bar No. 104576
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
(415) 956-4765
(415) 956-1664 (Fax)
Email: jonathan-kaufman@sbcglobal.net

LINDA M. DARDARIAN, CA Bar No. 131001
HEATHER MILLS, CA Bar No. 215293
GOLDSTEIN, DEMCHAK, BALLER,
     BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)
Email: ldardarian@gdblegal.com

ATTORNEYS FOR PLAINTIFFS

GREGORY G. KATSAS
Assistant Attorney General
JEANNE E. DAVIDSON
Director
BRIAN A. MIZOGUCHI
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Washington, D.C. 20530
(202) 305-3319; (202) 514-8624 (Fax)

OF COUNSEL:

JOSEPH P. RUSONIELLO, CA Bar No. 44332
United States Attorney
ILA C. DEISS, NY Bar No. 3052909
Assistant United States Attorney
San Francisco, California 94102
(415) 436-7124; (415) 436-7169 (Fax)

J. MAX WEINTRAUB
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
Washington, DC 20004
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, OSCAR GUARDADO-GONZALEZ, DENIS CABALLERO-ESPINOZA, JOSE ALVARADO-MENJIVAR, OSCAR RENE RAMOS, MARIA SALAZAR, JOSE BENJAMIN QUINTEROS, AND MARIA JOSEFA CRUZ, Individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>MICHAEL B. MUKASEY, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>            Defendants. | Case No.: C 07-4192 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION MOTION SCHEDULE** |

27349-7

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION MOTION SCHEDULE - CASE NO.: C 07-4192 TEH

1  WHEREAS on September 9, 2008, the Court issued an order upon the Parties' stipulation that Plaintiffs would file their motion for class certification in the Fall of 2008, and schedule it for hearing by no later than December 29, 2008. (*See* Stipulation and Order Regarding Discovery and Motion Schedule, filed September 9, 2008, ¶ 9;

WHEREAS in the same stipulation the parties set forth their anticipated schedule for completing discovery necessary for Plaintiffs' motion for class certification, but the parties experienced minor delays in completing that discovery, and these delays have made it necessary to slightly postpone the filing of Plaintiffs' motion for class certification;

WHEREAS plaintiffs have completed discovery necessary to file their motion for class certification;

WHEREAS the parties have met and conferred and agreed upon a briefing and hearing schedule that accounts for this delay as well as the holiday plans of the parties and the Court; and

WHEREAS the parties have jointly agreed upon the following schedule, as a result of their meet and confer process:

By no later than December 8, 2008, Plaintiffs will file and serve their motion for class certification, and will serve Defendants through an electronic transmittal that will ensure that Defendants receive the filing on December 8, 2009.

By no later than January 12, 2009, Defendants will file their opposition to Plaintiffs' motion for class certification, and will serve Plaintiffs through an electronic transmittal that will ensure that Plaintiffs receive the filing on January 12, 2009.

By no later than January 20, 2009, Plaintiffs will file their reply to Defendants' opposition to their motion for class certification, and will serve Defendants through an electronic transmittal that will ensure that Defendants receive the filing on January 20, 2009.

Plaintiffs' motion for class certification will be scheduled for hearing on February 2, 2009 at 10:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated:  November 13, 2008
JONATHAN M. KAUFMAN
THE LAW OFFICES OF JONATHAN M. KAUFMAN

LINDA M. DARDARIAN
HEATHER MILLS
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By:      /S/
    Linda M. Dardarian
    Attorneys For Plaintiffs

OF COUNSEL:

JOSEPH P. RUSONIELLO
United States Attorney
ILA C. DEISS
Assistant United States Attorney
San Francisco, CA

J. MAX WEINTRAUB
Office Of Immigration Litigation
Department Of Justice
Civil Division
Washington, D.C.

GREGORY G. KATSAS
Assistant Attorney General
JEANNE E. DAVIDSON
Director

    /S/
BRIAN A. MIZOGUCHI
SENIOR TRIAL COUNSEL
Commercial Litigation Branch
Civil Division
Department Of Justice
Washington, D.C.

Dated:  November 13, 2008

Attorneys For Defendants

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4     DATED: _11/18/08_      _____

                                                         Hon. Thelton E. Henderson

5                                                          United States District Judge

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*

**SIGNATURE ATTESTATION**

I, Linda M. Dardarian, hereby attest that I have on file all holographic signatures of any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: November 13, 2008       By:   /S/ Linda M. Dardarian
                                            Linda M. Dardarian
                                            Attorney For Plaintiffs