IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PETER D. FILIP, Acting Attorney General and JANET NAPOLITANO, Secretary of Homeland Security,<br><br>    Defendants. | NO. C 07-4192 TEH<br><br>ORDER VACATING HEARING |

    The Court is in receipt of Defendants' Motion to Dismiss, dated January 26, 2009. Resolution of this motion may be dispositive in this matter. Accordingly, the hearing on Plaintiffs' Motion for Class Certification that is currently scheduled for February 2, 2009, is hereby VACATED, and may be rescheduled as necessary following the disposition of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 27, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT