IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General of the United States, and JANET NAPOLITANO, Secretary of Homeland Security,<br><br>    Defendants. | NO. C 07-4192 TEH<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS |

To accommodate the Court's calendar, the hearing on Defendant's Motion to Dismiss currently set for March 2, 2009 is hereby CONTINUED to **10 A.M. on April 6, 2009.** As all papers are submitted for this motion, the Court will accept no additional filings.

**IT IS SO ORDERED.**

Dated: February 24, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT