JONATHAN M. KAUFMAN, CA Bar No. 104576
jonathan-kaufman@sbcglobal.net
THE LAW OFFICES OF JONATHAN M. KAUFMAN
220 Montgomery Street, Suite 976
San Francisco, CA 94104
(415) 956-4765
(415) 956-1664 (Fax)

LINDA M. DARDARIAN, CA Bar No. 131001
ldardarian@gdblegal.com
RACHEL E. BRILL, CA Bar No. 233294
rbrill@gdblegal.com
LIN CHAN, CA Bar No. 255027
lchan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE BAUTISTA-PEREZ, OSCAR GUARDADO-GONZALEZ, DENIS CABALLERO-ESPINOZA, JOSE ALVARADO-MENJIVAR, OSCAR RENE RAMOS, MARIA SALAZAR, JOSE BENJAMIN QUINTEROS, AND MARIA JOSEFA CRUZ, Individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

MICHAEL B. MUKASEY, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,

Defendants.

Case No.: C 07-4192 TEH

**~~[PROPOSED]~~ ORDER RESETTING HEARING OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND BIFURCATION OF TRIAL**

The hearing on Plaintiffs' Motion for Class Certification and Bifurcation, previously set for February 2, 2009 and vacated by the order of this Court on January 28, 2009, is CONTINUED to **10 A.M. on June 29, 2009.** As all papers are submitted for this motion, the Court will accept no additional filings.

IT IS SO ORDERED.

Dated: 05/11/09




The Honorable Thelton E. Henderson
United States District Court Judge