JONATHAN M. KAUFMAN,
CA Bar No. 104576
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA  94104
(415) 956-4765 ; (415) 956-1664 (Fax)
Email:  jonathan-kaufman@sbcglobal.net

LINDA M. DARDARIAN, CA Bar No. 131001
RACHEL E. BRILL, CA Bar No. 233294
LIN CHAN, CA Bar No. 255027
GOLDSTEIN, DEMCHAK, BALLER,
        BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800; (510) 835-1417 (Fax)
Email: ldardarian@gdblegal.com

ATTORNEYS FOR PLAINTIFFS AND THE
PLAINTIFF CLASS

TONY WEST
Assistant Attorney General
JEANNE E. DAVIDSON
Director
BRIAN A. MIZOGUCHI
Senior Trial Counsel
ELIZABETH A. SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Washington, DC  20530
(202) 305-3319; (202) 305-7644 (Fax)

OF COUNSEL:

JOSEPH P. RUSONIELLO, CA Bar No. 44332
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY Bar No. 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
(415) 436-7124; (415) 436-7169 (Fax)

J. MAX WEINTRAUB
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 305-7551; (202) 305-7000 (Fax)

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, OSCAR GUARDADO-GONZALEZ, DENIS CABALLERO-ESPINOZA, JOSE ALVARADO-MENJIVAR, OSCAR RENE RAMOS, MARIA SALAZAR, JOSE BENJAMIN QUINTEROS, AND MARIA JOSEFA CRUZ, Individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   vs.<br><br>ERIC H. HOLDER, JR., Attorney General and JANET NAPOLITANO, Secretary of Homeland Security,<br><br>Defendants. | Case No.: C 07-4192 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION SCHEDULE** |

WHEREAS on August 13 and 14, 2009, the parties met and conferred regarding the motion schedule for the parties' respective motions for summary judgment;

WHEREAS the parties have jointly agreed upon the following schedule which extends the time limits for briefing Plaintiffs' Motion for Partial Summary Judgment and Declaratory Relief and Defendant's potential cross-motion, as a result of their meet and confer process:

1.   Defendant will file its Opposition to Plaintiffs' August 17, 2009 Motion for Partial Summary Judgment and Declaratory Relief no later than September 18, 2009.

2.   Plaintiffs will file their Reply to Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment and Declaratory Relief no later than September 29, 2009.

3.   If Defendant chooses to file a Cross-Motion for Partial Summary Judgment, Defendant will do so no later than September 17, 2009.

4.   Plaintiffs' Opposition to Defendant's Cross-Motion for Partial Summary Judgment will be filed no later than October 1, 2009.

5.   Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Partial Summary Judgment will be filed no later than October 13, 2009.

6.   Both motions will be set for hearing on October 26, 2009 at 10:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

///

///

///

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION SCHEDULE - CASE NO.:  C 07-4192 TEH

94812-5

1
2   Dated:  August 27, 2009

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

3

4

By:    /S/  Linda M. Dardarian

5

LINDA M. DARDARIAN
RACHEL E. BRILL

6

LIN CHAN
Attorneys For Plaintiffs and the Plaintiff Class

7

8

TONY WEST
Assistant Attorney General

9

JEANNE E. DAVIDSON
Director

10

11

By: /S/Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Senior Trial Counsel

12

13

ELIZABETH A. SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Washington, DC  20530
(202) 305-3319; (202) 305-7644 (Fax)

14

15

16

OF COUNSEL:

17

JOSEPH P. RUSONIELLO, CA Bar No. 44332
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY Bar No. 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
(415) 436-7124; (415) 436-7169 (Fax)

18

19

20

21

J. MAX WEINTRAUB
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 305-7551; (202) 305-7000 (Fax)

22

23

24

ATTORNEYS FOR DEFENDANTS

25

26

27

28

Dated: August ___, 2009

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By: _____/S/_____

    LINDA M. DARDARIAN
    RACHEL E. BRILL
    LIN CHAN
    Attorneys For Plaintiffs and the Plaintiff Class

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: /S/Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Senior Trial Counsel

ELIZABETH A. SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Washington, DC 20530
(202) 305-3319; (202) 305-7644 (Fax)

OF COUNSEL:

JOSEPH P. RUSONIELLO, CA Bar No. 44332
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY Bar No. 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7124; (415) 436-7169 (Fax)

J. MAX WEINTRAUB
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-7551; (202) 305-7000 (Fax)

ATTORNEYS FOR DEFENDANTS

2

94812-5

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  08/31/09



Hon. Thelton E. Henderson
United States Di...
Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION SCHEDULE - CASE NO.:  C 07-4192 TEH

94812-5