JONATHAN M. KAUFMAN, CA Bar No. 104576
jonathan-kaufman@sbcglobal.net
The Law Offices of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
(415) 956-4765
(415) 956-1664 (Fax)

LINDA M. DARDARIAN, CA Bar No. 131001
ldardarian@gdblegal.com
RACHEL E. BRILL, CA Bar No. 233294
rbrill@gdblegal.com
LIN YEE CHAN, CA Bar No. 255027
lchan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAUTISTA-PEREZ, OSCAR GUARDADO-GONZALEZ, DENIS CABALLERO-ESPINOZA, JOSE ALVARADO-MENJIVAR, OSCAR RENE RAMOS, MARIA SALAZAR, JOSE BENJAMIN QUINTEROS, AND MARIA JOSEFA CRUZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC H. HOLDER, JR., Attorney General and JANET NAPOLITANO, Secretary of Homeland Security,<br><br>Defendants. | Case No.:  C 07-4192 TEH<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE LEAVE TO FILE SURREPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF SCOTT G. GRIMES IN SUPPORT THEREOF, AND [PROPOSED] ORDER**<br><br>Date:        November 23, 2009<br>Time:       10:00 a.m.<br>Courtroom:  12<br>Judge:       Hon. Thelton E. Henderson |

PLAINTIFFS' MOTION FOR ADMINISTRATIVE LEAVE TO FILE SURREPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF SCOTT G. GRIMES IN SUPPORT THEREOF, AND [PROPOSED] ORDER - CASE NO.:  C 07-4192 TEH

100016-2

Plaintiffs in the above-entitled action hereby move this Court for an order granting Plaintiffs leave to file a Surreply to Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment (Dkt. 128) and Declaration of Scott G. Grimes in Support thereof. Both are submitted as attachments to this motion. This motion is made pursuant to Civil Local Rule 7-11. Prior to filing this Motion, Plaintiffs' attorney, Linda M. Dardarian, consulted by telephone with Defendant's attorney, Brian Mizoguchi, in order to obtain a stipulation to Plaintiffs' filing of a surreply. Because Defendant conditioned any such stipulation on postponing the long-scheduled hearing on the parties' Cross Motions for Summary Judgment, the parties were unable to reach an agreement. *See* Declaration of Linda M. Dardarian in Support of Plaintiff's Motion for Leave to File Surreply, filed herewith.

Plaintiffs request permission to file this surreply to provide the Court with Plaintiffs' analysis of Section 549 of the Department of Homeland Security Appropriations Act, 2010, H.R. 2892, Pub. L. 111-83, __Stat. __ (Oct. 28, 2009) ("Section 549"), a new law that was enacted after Plaintiffs filed their Combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply brief, and which Defendant argues is dispositive on the two summary judgment motions currently pending before the Court. Plaintiffs filed their Motion for Partial Summary Judgment and Declaratory Relief on August 17, 2009. Defendant filed an Opposition to Plaintiffs' Motion for Partial Summary Judgment and Declaratory Relief as well as a Cross-Motion for Summary Judgment on October 2, 2009. On October 26, 2009, Plaintiffs filed a Combined Opposition to Defendant's Cross Motion for Summary Judgment and a Reply to Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment and Declaratory Relief. Then, on October 28, 2009, Section 549 was enacted. On that same date, Defendant filed a Notice of New Law with the Court, alleging that Section 549 "explicitly clarified that the Government lawfully may collect the fees at issue in this case." *See* Defendants' Notice of New Law (Dkt. 127) at 2:1-2. On November 9, 2009, Defendant filed a Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment, further detailing its argument that Section 549 is dispositive as to both of the summary judgment motions pending before the Court. (Dkt. 128).

1    Because Section 549 was enacted after Plaintiffs filed their Combined Opposition to Defendant's
2    Cross Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for
3    Partial Summary Judgment, Plaintiffs have not had an opportunity to provide the Court with their
4    analysis of the impact of the new law on Plaintiffs' claims.  Plaintiffs therefore respectfully move for
5    leave to file a surreply in order to provide the Court with this analysis, and to respond to Defendant's
6    two filings on this issue.  Plaintiffs request leave to file a surreply in order to set forth their argument
7    that Section 549 is not dispositive as to the motions pending before the Court is premised on the
8    following three bases:

9    1.    Section 549 does not amend 8 U.S.C. § 1254a(c)(1)(B), which provides for a $50.00 cap
10   on the fees charged as a condition of registering for Temporary Protected Status ("TPS").

11   2.    To the extent that Section 549 can be construed to retroactively apply to the TPS
12   registration process, it is unconstitutional.

13   3.    Section 549 has no effect on the TPS registration process absent notice and rule making,
14   as required by the Administrative Procedures Act.

15   For the above reasons, Plaintiffs move for leave to file the surreply submitted concurrently
16   herewith.

17   Dated:  November __, 2009                  Respectfully submitted,

18                                              GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                                   DARDARIAN
19

20                                              _____
                                                LINDA M. DARDARIAN, CA Bar No. 131001
21                                              RACHEL E. BRILL, CA Bar No. 233294
                                                LIN YEE CHAN, CA Bar No. 255027
22                                              300 Lakeside Drive, Suite 1000
                                                Oakland, CA  94612
23                                              (510) 763-9800; (510) 835-1417 (Fax)

24                                              JONATHAN M. KAUFMAN, CA Bar No. 104576
                                                jonathan-kaufman@sbcglobal.net
25                                              The Law Offices of Jonathan M. Kaufman
                                                220 Montgomery Street, Suite 976
26                                              San Francisco, CA  94104
                                                (415) 956-4765; (415) 956-1664 (Fax)
27                                              ATTORNEYS FOR PLAINTIFFS

28                                                     2
     PLAINTIFFS' MOTION FOR ADMINISTRATIVE LEAVE TO FILE SURREPLY TO DEFENDANTS' REPLY TO PLAINTIFFS'
        OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF SCOTT G.
            GRIMES IN SUPPORT THEREOF, AND [PROPOSED] ORDER - CASE NO.:  C 07-4192 TEH
100016-2

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File a Surreply to Defendant's Reply to Plaintiffs' Opposition to Defendants' Cross-motion for Summary Judgment, and for good cause shown, the Plaintiffs' Motion for Leave to File a Surreply IS HEREBY GRANTED.

IT IS SO ORDERED.

DATED: 11/13/09



Hon. Thelton E. Henderson
United States District Judge