IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE BAUTISTA-PEREZ, et al.,

    Plaintiff,

v.

ERIC H. HOLDER, Jr., Attorney General of the United States, and,

JANET NAPOLITANO, Secretary of Homeland Security,

    Defendants.

NO. C07-4192 TEH

ORDER DISMISSING CASE WITH PREJUDICE

On September 15, 2010, this Court granted Defendants' motion to dismiss Plaintiffs' Second Amended Complaint without prejudice. The Court also ordered Plaintiffs to file an amended complaint on or before October 29, 2010, should they choose to amend. Plaintiffs have not filed an amended complaint. Accordingly, IT IS HEREBY ORDERED that this case shall be dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 11/5/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT